# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA                                    NO. 2021 KW 0966

VERSUS

DAVID MARTIN                                          **OCTOBER 18, 2021**

---

In Re:    David Martin, applying for supervisory writs, 22nd
          Judicial District Court, Parish of Washington, No. 98-
          CR8-71413.

---

**BEFORE:    LANIER, WOLFE, AND BURRIS,[1] JJ.**

   **WRIT DENIED.    Ramos v. Louisiana,** ___ U.S. ___, 140 S.Ct.
1390, 206 L.Ed.2d 583 (2020), does not apply retroactively to
relator whose conviction and sentence were final at the time the
decision was rendered.  Accordingly, the district court did not
err by denying the application for postconviction relief.

**WIL**
**EW**
**WJB**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT

---

[1] Judge William J. Burris, retired, serving *pro tempore* by special appointment
of the Louisiana Supreme Court.